AO 240 (1/94)

# United States District Court

Ex parte DISTRICT OF Massachusetts

Frederick W. Bauer
Plaintiff/Petitioner

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

V.

Defendant(s), United States
US DOJ, Pensions
Judicial Officials

CASE NUMBER: 03-12576WGY

I, Frederick W. Bauer declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request (only as may be "required.") to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion, Without prejudice and with all unalienable rights, powers, privileges and immunities invoked and reserved.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?: ☒ Yes ☐ No (If "No" go to Part 2)

   If "Yes" state the place of your incarceration FCI-Waseca, MN. (involuntarily) under threat, duress & coercion

   Are you employed at the institution? Yes Do you receive any payment from the institution? Yes
   They call it a job assignment - not employment

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed? ☐ Yes ☒ No The BOP does not allow employment

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer. $5.25 A month "maintenance pay"

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. (Self)
   1988 Wrongfully imprisoned since 1989.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment ☐ Yes ☒ No - Not allowed by BOP
   b. Rent payments, interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance payments ☐ Yes ☒ No
   d. Disability or workers compensation payments ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Any other sources ☐ Yes ☒ No All money encumbered by DOJ etal

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No None Known

If "Yes" state the total amount. ______

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No None Known

If "Yes" describe the property and state its value.

Potential property from pending lawsuits less outstanding liabilities of $500,000.00+

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

Self

See Martin, 118 F3d 871 (1st Cir. 1998)

I declare under penalty of perjury that the above information is true and correct, Submitted only as may be required, without prejudice and with all unalienable rights, powers, privileges and immunities invoked and reserved.

11/15/03
DATE

Frederick W. Bueme [signature]
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 7.95 (Seven Dollars Ninety-Five Cents) on account to his/her credit at (name of institution) FCI- Waseca. I further certify that the applicant has the following securities to his/her credit: - 0 -

______. I further certify that during the past six months the applicant's average balance was $ 5.25 per month.

Attached commissary sheet(s) receipt(s)

Transactions as of 11/13/03

11/13/03
DATE

provided by Diane Collins, Bus. office
SIGNATURE OF AUTHORIZED OFFICER

Exhibit 1 of 1
Exhibit 2
Ex. 3 (Commissary Form) (Prices)

Date: 11/13/2003
Time: 10:08:57 am

Federal Bureau of Prisons
TRUFACS
**View Inmate Transactions**
Limited Official Use

Facility: WAS

**Criteria:** View All Transactions

Unauthorized

| Date/Time | Inmate Reg# | Inmate Name | Facility | User Id | TransactionType | Amount | Reference# | Receipt# | Payment# | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/2003 09:03:44 AM | 02706090 | BAUER, FREDERICK W | WAS | WAS0781 | Debt Encumbrance - PLRA | ($1.05) | 98-6499 - 57 | | | |
| 11/10/2003 09:03:44 AM | 02706090 | BAUER, FREDERICK W | WAS | WAS0781 | Debt Encumbrance - PLRA | ($1.05) | 02C533C - 56 | | | |
| 11/10/2003 09:03:44 AM | 02706090 | BAUER, FREDERICK W | WAS | WAS0781 | Payroll - IPP | $5.25 | 4JV027 | | | $7.65 |
| 11/03/2003 07:20:31 PM | 02706090 | BAUER, FREDERICK W | WAS | WAS2307 | Sales | ($32.90) | 74 | | | $2.40 |
| 10/27/2003 07:14:16 PM | 02706090 | BAUER, FREDERICK W | WAS | WAS9432 | Sales | ($2.15) | 49 | | | $35.30 |
| 10/17/2003 01:20:24 PM | 02706090 | BAUER, FREDERICK W | WAS | WAS3555 | Initial PLRA Pymt | ($12.48) | 98-6499 | | 132 | $37.45 |
| 10/17/2003 01:18:04 PM | 02706090 | BAUER, FREDERICK W | WAS | WAS3555 | Initial PLRA Pymt | ($12.48) | 02C533C | | 131 | $49.93 |
| 10/15/2003 12:44:49 PM | 02706090 | BAUER, FREDERICK W | WAS | DataMig | Conversion | $62.41 | | | | $62.41 |

Conversion from Encumbrance for 18 mths, unauthorized

Account Balance —

Available Balance —
Spending Limit —
Balance

11/17/03

**Total Number Transactions: 8**

Charge

02706090

Total

\$5.20

.35¢
7.25
2.45

\$5.55
12.45
7.65

5.20

2.45
(2.45)
5.20

Difference of
2.45
− 35
= 2.10

Ex (1)

WorkstationID: WASJBBNW21

Ex.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Don UNIT TEAM D, U. Mgr. Tomsche, C. Mgr. Vossen, Counselor McCauley, or to Whom | DATE: 11/10/03 |
|---|---|
| FROM: Frederick W. Bauer | REGISTER NO.: 02706-090 |
| WORK ASSIGNMENT: Education | UNIT: D |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.) Re: Commissary Account

1) Since my arrival at Waseca on 2/1/00 (involuntarily) my Commissary Account has been unrestricted, restricted, encumbered and/then unencumbered for no apparent reason or explanation given. This contradicts the record upon my arrival at FMC-Rochester in November, 1999.

2) Some 18-months ago then you encumbered some 55-$60 that was in my Commissary Account and you again restricted my spending limit to $25 a month. Again without notice or my authorization.

3) Now I notice again that the encumberance was apparently released in October and some $25 was

~~(Do not write below this line)~~

removed from my account without my authorization, consisting of two disbursements of $12± each. I need, for pending court actions, the names + locations of all parties involved in any way in this decision process as referenced above in paragraphs 2+3, plus copies of any [illegible] documents/information in any way related, plus [illegible] made on any info not disclosed. Please provide [illegible] timely so as to prevent further delays with the courts, [illegible] pursuant to the statutes under FOIA/PA as applicable.

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| D. Collins — Diane Collins | 11/14/03 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94 **Ex** (2)

Attached are copies from your account and the Court documents you requested.

Printed on Recycled Paper

LAST NAME________________ REG.NO.________________ AUNDRY #__________

FCI WASECA. , MINNESOTA COMMISSARY SALES LIST rev: 9/03

CIRCLE ITEMS WANTED- NO ADD ONS AT WINDOW

The Commissary will be open Monday, Tuesday, Wednesday, Thursday after the 4pm count until 8:00pm. (Closed Fridays) We will hold Open House from 11:00 am till 12:30 on Thurs. for vending credits, photo tickets and questions you may have. You will be validated $290.00 on the 1st (Even) or the 15th (Odd) of every month. Numerical rotation will be based on the last two(2) digits of the first five(5) numbers.

***ALL SALES ARE FINAL*** ***ALL SALES ARE FINAL*** ***ALL SALES ARE FINAL***

*VENDING CREDITS*____Limit$30/Whole dollars only) *STAMPS* (.03__) (.05__) (.23__) (.37__Limit 60 ea) (1.00__)(TOTAL LIMIT ON STAMPS $ 22.20)

PHOTO TICKETS ______$1 EA.(Limit 10) *COPY CARDS______$ 5.20 EACH ( LIMIT 2 )* Legal e.g.

**NOTE:**When it is your turn to shop, staff will call your name or number up to three times. If you do not show, you will forfeit your shopping privilege until the following week.**

*PRE-APPROVED ITEMS*
____SPO (HOBBY CRAFT ETC.)
____SPI (SWEATS, RADIO, SHOES, ETC.)

*SODAS ( 2 -12 PACK LIMIT TOTAL)*
3.60___DIET PEPSI 12PK# +
3.60___PEPSI 12PK # +
3.60___SUNKIST ORANGE 12PK # +
3.60___SIERRA MIST 12PK # +
3.60___DIET MOUNTAIN DEW 12PK # +
3.60___MT. DEW 12PK# +

*BEVERAGES ( 6 EACH LIMIT )*
.40___BOTTLED WATER (10 EA. LIMIT)
.90___RUBY RED GRAPEFRUIT (6)16oz.
.90___ORANGE JUICE (6) 16oz. bottle

*ICE CREAM ( LIMIT 2 TOTAL)*
1.65___BEAR TRACKS
1.65___BUTTER PECAN
1.65___CHOCOLATE CHIP
1.65___TOASTED ALMOND FUDGE
1.65___VANILLA
1.65___STRAWBERRY
1.65___CHOCOLATE
1.15___SHERBET
.60___ICE CREAM SANDWICH(VANILLA)
.85___SNICKERS ICE CREAM BAR

*MISCELLANEOUS LIMITS MARKED W/( )*
3.55___WOOL GLOVES
2.35___WOOL CAP

2.20___AAA BATTERIES 4/PK (3)
2.20___AA BATTERIES 4/PK (3)
2.10___"C" BATTERIES 2/PK (4)

.75___CORRECTION RIBBON
6.05___TYPEWRITER RIBBON Legal

2.35___BIC SOFT PENS (12Pack)
.10___# 2 PENCIL (6)
.30___PINK PENCIL ERASER (1)
11.20___ARCH SUPPORT SIZE 6.5-13.5

...es paid 12¢ an hour or $15 a month

*MISCELLANEOUS CONTINUED*
3.70___RACQUETBALLS 2/PK (1)
14.00___RACQUETBALL SPECS
3.60___BASEBALL CAP (GRAY) (1)
3.30___SAXOPHONE REEDS
2.20___CLARINET REEDS
.25___GUITAR PICKS (MED/THIN)
6.90___CALCULATOR
1.70___SEWING KIT (1)
8.45___SCISSORS(1)
5.70___PADLOCK (1)
10.35___READER GLASSES ( W / M / S )
9.10___GYM BAG

3.05___SADDLE SOAP (1)
3.40___SNEAKER WHITE POLISH
1.85___BLACK SHOE POLISH
1.10___WHITE SHOE LACES 54"
1.10___WHITE SHOE LACES 72"
1.05___BLACK BOOT LACES 54"
4.00___SHOE SHINE BRUSH
1.95___WHITE SOCKS (5 PAIR LIMIT)

******FRUITS AND VEGETABLES*******
*(COMBINATION OF 10 TOTAL)*
WRITE IN ITEM AND QUANTITY

Compare prices to pay of 12¢ to $1.00 an hour

*MISCELLANEOUS CONTINUED*
.95___SHOWER SHOE__SIZE M-L(1)
4.45___SHOWER SHOE__SIZE M-XL(1)
5.50___SHOWER SHOE 3XL

Dus RATES / FRAUD

*SOAP ( LIMIT 2 BARS TOTAL )*
.65___SOAP DISH (1)
.60___HERITAGE DEODORANT SOAP
.90___DIAL (ANTI BACTERIAL)
1.60___DOVE
1.05___TONE
.80___IRISH SPRING
.70___IVORY
3.45___NEUTROGENA SOAP
2.40___ARTRA COCOA BUTTER SOAP
2.40___ARTRA MEDICATED ACNE
3.30___CLEARASIL BAR SOAP
1.20___CLEAR SHOWER GEL
1.30___LAUNDRY DETERGENT (2)
5.60___TIDE ULTRA 2 BOX (2)
2.65___BOUNCE DRYER SHEETS (2)

*SHAMPOO ( LIMIT 1 TOTAL )*
1.70___SUAVE BALSAM SHAMPOO
4.70___PANTENE SHAMP. / COND.
2.80___BABY SHAMPOO
5.70___HEAD & SHOULDERS
3.60___SULFUR 8
1.20___CLEAR SHAMPOO / CONDITIONER

*CONDITIONER ( LIMIT 1 TOTAL )*
1.70___SUAVE BALSAM CONDITIONER
5.35___PANTENE PRO V
3.35___SULFER 8

*HEALTH ITEMS LIMITS MARKED WITH ( )*
4.60___KAOPECTATE SYRUP 8OZ
7.50___GAVISCON TABLETS
5.75___DEBROX EAR DROPS
8.10___DAIRY EASE
2.15___ORAL JEL
1.75___NASAL SPRAY (1)
5.05___NAT.VEG.POWD.(METMUCIL)
2.70___CALCIUMW/CARBONATE(250 MG)
4.55___ADVANCE MULTIVITAS

3.30___HONEY 12 OUNCE
1.70___REFRIED BEANS (INSTANT)
1.00___CASA GRANDE BEANS & RICE
.75___FLOUR TORTILLAS 4/PAK #
1.30___CORN TORTILLAS # +
1.95___CASA GRANDE CHORIZO
.50___SPANISH RICE W/ CHEESE #
.50___CHILI RICE #
1.65___PINTO BEANS W/SPICES (REFRIED)
1.30___NACHO CHEESE RICE
2.70___BEEF SALAMI
1.00___BEEF JERKY STICK
2.70___HOT BEEF SUMMER SAUSAGE
1.70___CHORIZO SAUSAGE
1.05___SPAGHETTI PASTA (3)
1.00___PRE-COOKED RICE L/G # +

*COOKIES, SNACKS, AND PASTRIES*
1.45___FIG BARS-LOW FAT
3.15___GRANOLA BARS VARIETY +
1.25___OATMEAL CREME COOKIES
.65___HONEY BUNS
.75___CUPCAKES- CHOCOLATE CREME
1.75___ICED OATMEAL COOKIES
1.35___DUNKIN STICKS
1.70___BLUEBERRY TOASTER PASTRY
1.25___PEANUT BUTTER BARS +
1.35___SWISS ROLL
.65___VANILLA CREME COOKIES +
.65___LEMON CREME COOKIES +
.65___PEANUT BUT. CREME COOKIES +
.65___DUPLEX CREAM COOKIES +
4.05___OREO COOKIES

ALL SALES ARE FINAL AT THE WINDOW

T.C. OUTLAW, WARDEN

Ex 3

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 5/98

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Bauer Ex parte vs. USDOJ

FOR: Dist. of Massachusetts

AT: Boston

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Frederick W. Bauer #02706-090 Political Prisoner

03 1...

1 ☐ Defendant—Adult
2 ☐ Defendant—Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☒ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☒ Other (Specify)

DOCKET NUMBERS: Magistrate / District Court / Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

26 USC 7206 (1) Tax
21 USC § 841-846 - Drug
21 USC § 881 Forfeiture

separate prosecutions same conduct

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: Federal Prisoner since Feb. 20, 1989

IF YES, how much do you earn per month? $______ IF NO, give month and year of last employment. How much did you earn per month $______

If married is your Spouse employed? ☐ Yes ☒ No Not married. Had common law wife.

IF YES, how much does your Spouse earn per month? $______ If a minor under age 21, what is your Parents or Guardian's approximate monthly income $______

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES — RECEIVED: $______ SOURCES: ______

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☐ No IF YES, state total amount $______

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No None known at this time. FBI et al have confiscated records.

IF YES, GIVE VALUE AND DESCRIBE IT — VALUE: $______ DESCRIPTION: ______

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED

Total No. of Dependents: 1

List persons you actually support and your relationship to them: Self

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| APARTMENT OR HOME | Court ordered fines, penalties, etc. | $ 500,000.00+ | -0- |
| | Legal Fees Costs, etc. | $ 500,000+ | -0- |
| | | $ | |
| | Total | $ 1,000,000+ | $ -0- |

Denied access to resources, income etc.

See Mathe, 118 F.3d 871 (1st Cir. '98)

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/15/03

Submitted as may be required for ancillary habeas corpus, complaints, etc.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Frederick W. Bauer [signature]

28 USC §1746 Without Prejudice