UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


FREDERICK W. BAUER,
               Plaintiff,

                                   Civil Action No.  03-12576-WGY

        v.

UNITED STATES DEPARTMENT OF JUSTICE, et al.,
               Defendants.


ORDER OF DISMISSAL


YOUNG, D.J.

      In accordance with this Court's order dated February 25, 2004, it is ORDERED that

the within action be and it is hereby dismissed.

                                         By the Court,



                                     s/ Linn A. Weissman
                                   Deputy Clerk


Date February 26, 2004


(noticeofdismissal.wpd - 12/98)                                                                                    [odism.]