United States District Court
District of Massachusetts

Ex Parte
Frederick W. Bauer,
    Petitioner,
    Appellant,

and

v.

U.S., DOJ, Federal Pensions,
Att. Gen., et al.,
    Respondent(s).

No. 03-12576 WGY
Ancillary No's 04-1185 1st Cir. Mandamus
No. 04-1381 Interlocutory Appeal

Notice of Interlocutory Appeal

Judicial Notice

Petition for Privilege(s)
Writ of Habeas Corpus
Art. IV, §2; Art I, §9, Cl. 2
All Writs Act - 28 USC §1651
Writ of Mandamus - 28 USC §1361

IN December, 2003 Petitioner-Appellant filed/mailed his Petition (referenced above)/complaint to the District Court, addressed to the published (F3d) Chief Judge. Petitioner heard nothing for months (silence as in fraud) so again, in good faith, in January, 2004 he petitioned to compel by mandamus in the First Circuit (pending). The District Court-Judge, in retaliation, then dismissed the Petition claiming a lack of jurisdiction and frivolousness and denying prosecution in forma pauperis. Petitioner, in good faith filed timely Notice of Interlocutory Appeal, as referenced above.

On March 19, 2004 Petitioner filed a Motion for Bail in the District Court, with no acknowledgment, based on fundamental miscarriages of justice, exceptional and extraordinary circumstances, "double jeopardy," "outrageous governmental conduct" and "innocence" plus the denial of counsel (assistance and appointment) and due process of law, in the least, at trial and sentence resulting in a life sentence — without the assistance of counsel, downward departured to 30-years; a sentence enhanced (FBI) by fraud on and within the Court under "willful blind eyes."

On ~~March~~ April 1, 2004 Petitioner filed a Motion for the Financial-Assistance of Counsel in the District Court.

On April 12, 2004 Petitioner received what purports to be an electronic order "entered on 4/8/2004 at 12:20 PM EDT and filed on 3/31/2004." Postmark of 4/9/04. Therein the "electronic order" contains a: "WARNING: CASE CLOSED on 2/26/2004." Petitioner has received no Notice of the case being "CLOSED," See Castro v. U.S., 124 S. Ct. 786 (2003). Petitioner herein Refuses the "electronic order" for fraud. He has no electronic access nor notice or review of the content of the "order". Exhibit A.

Petitioner herein gives Notice of Interlocutory Appeal of the denial of this "order." Cohen v. Beneficial, 337 US 541, 546, et al (1949); U.S. v. Smith, 835 F2d 1048, 1049-50 (3rd Cir. 1987)(order denying

bail pending disposition of <u>habeas corpus</u> petition was immediately appealable because severable from merits, conclusively determined disputed question, and effectively unreviewable on appeal from final judgment.)

  This interlocutory appeal to include any ancillary matters and <u>de novo</u> review, or to be amended if in anyway ineffective or inadequate, without counsel.

April 13, 2004  Affirmed, declared and/or certified true and correct under penalty of perjury.

  Submitted in good faith, in the interests of justice, with all Rights, Powers, Privileges, Immunities invoked and reserved and without prejudice.

Certification of Mailing:
  E.A.

Frederick W. Bauer
Frederick W. Bauer
PO Box 1731-D, #02706-090
1000 University Drive S.W.
Waseca, Minnesota 56093
(507) 835-8972 Tel.
  837-4547 Fax.

enclosures (1)

United States District Court

District of Massachusetts

Notice of Electronic Filing

Rec'd 4/12/04

The following transaction was received from Smith, Bonnie entered on 4/8/2004 at 12:20 PM EDT and filed on 3/31/2004
Case Name: Bauer v. U.S. Department of Justice et al
Case Number: 1:03-cv-12576
Filer:
WARNING: CASE CLOSED on 02/26/2004
Document Number:

Refused for Fraud

Docket Text:
Judge William G. Young : ELECTRONIC ORDER entered denying [10] Motion For Bail (Smith, Bonnie)

The following document(s) are associated with this transaction:

1:03-cv-12576 Notice will be electronically mailed to:

1:03-cv-12576 Notice will not be electronically mailed to:

Frederick W. Bauer
FCI Waseca
P.O. Box 1731-D
Waseca, MI 56093