UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EX PARTE FREDERICK W. BAUER,
         Petitioner,
         Appellant,

AND

vs.

U.S., DOJ, Federal Pension(s),
Att. Gen., et al.,
         Respondent(s).

No. 03-12576 WGY
Ancillary No's 04-1185(mandamus)
   (1st Cir.) 04-1381(interloc-
                utory appeal)

JUDICIAL NOTICE

NOTICE OF INTERLOCUTORY APPEAL
(denial of counsel)

    Petitioner-Appellant herein appeals, with notice herein, (interlocutory) an alleged "ELECTRONIC ORDER" entered on "4/12/2004" and filed on "4/9/04." Said "ELECTRONIC ORDER" denying [11] Motion to Appoint Counsel (Smith, Bonnie). Said "ELECTRONIC ORDER" herein Refused for Fraud on at least the "Great" Writ of Habeas Corpus (Privilege) plus Petitioner's other Rights, Powers, Privileges & Immunities. EXHIBIT A & B. Cohen v. Beneficial, 337 U.S. 541, et al (1949). Title 28 U.S.C. § 1291 (WoP). 28 U.S.C. § 1651 (All Writs Act)(WoP). Title 28 U.S.C. § 1361 (Mandamus to Compel)(WoP).

    Refused for Fraud further because on April 1, 2004, Petitioner mailed/filed his motion titled: "Motion for Financial-Assistance of Counsel with Memorandum of Law." Denied as referenced above and per Exhibit A attached hereto. Petitioner is thus denied specifically his Rights to Due Process and Equal Protection of the Law and the Effective Assistance of Counsel, Redress, Habeas Corpus and other ancillary Privileges and Powers. Petitioner herein appeals off Exhibit A, to include de novo review of ancillary matters substantially related.

Dated: April 17, 2004

Submitted in good faith in the interests of justice as affirmed, declared, certified or proffered true and correct, under penalty of perjury, with all Rights, Powers, Privileges & Immunities invoked and reserved and without prejudice.

                                            1-2

Dated:   April 17, 2004

Certification of Mailing:

*E.A.*

*Frederick W. Bauer* (signature)

Frederick W. Bauer
POB 1731-D, #02706-090
Federal Correctional Institution
1000 University Drive SW
Waseca, Minnesota 56093

(507) 835-8972 Tel
      837-4547 Fax

enc: (2)

United States District Court

District of Massachusetts

Rec'd 4/16/04

Notice of Electronic Filing

The following transaction was received from Smith, Bonnie entered on 4/12/2004 at 12:18 PM EDT and filed on 4/9/2004
Case Name: Bauer v. U.S. Department of Justice et al
Case Number: 1:03-cv-12576
Filer:
WARNING: CASE CLOSED on 02/26/2004
Document Number:

*WARNING: Refused for Fraud* [handwritten annotation]

Docket Text:
Judge William G. Young : ELECTRONIC ORDER entered denying [11] Motion to Appoint Counsel (Smith, Bonnie)

The following document(s) are associated with this transaction:

1:03-cv-12576 Notice will be electronically mailed to:

1:03-cv-12576 Notice will not be electronically mailed to:

Frederick W. Bauer
FCI Waseca
P.O. Box 1731-D
Waseca, MI 56093   [handwritten: MN (Minnesota)]

A

660

Greek letters. Woman's Club of Little Falls v. Township of Little Falls, 20 N.J.Misc. 278, 26 A.2d 739, 741.

**Fratres conjurati** /frǽtriyz kònjəréytay/. Sworn brothers or companions for the defense of their sovereign, or for other purposes.

**Fratres pyes** /frǽtriyz páyz/. In old English law, certain friars who wore white and black garments.

**Fratriage** /frǽtriyəj/. A younger brother's inheritance.

**Fratricide** /frǽtrəsáyd/. One who has killed a brother or sister; also the killing of a brother or sister.

**Fraud.** An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right. A false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury. Anything calculated to deceive, whether by a single act or combination, or by suppression of truth, or suggestion of what is false, whether it be by direct falsehood or innuendo, by speech or silence, word of mouth, or look or gesture. Delahanty v. First Pennsylvania Bank, N.A., 318 Pa.Super. 90, 464 A.2d 1243, 1251. A generic term, embracing all multifarious means which human ingenuity can devise, and which are resorted to by one individual to get advantage over another by false suggestions or by suppression of truth, and includes all surprise, trick, cunning, dissembling, and any unfair way by which another is cheated. Johnson v. McDonald, 170 Okl. 117, 39 P.2d 150. "Bad faith" and "fraud" are synonymous, and also synonyms of dishonesty, infidelity, faithlessness, perfidy, unfairness, etc.

Elements of a cause of action for "fraud" include false representation of a present or past fact made by defendant, action in reliance thereupon by plaintiff, and damage resulting to plaintiff from such misrepresentation. Citizens Standard Life Ins. Co. v. Gilley, Tex.Civ.App., 521 S.W.2d 354, 356.

As distinguished from negligence, it is always positive, intentional. It comprises all acts, omissions, and concealments involving a breach of a legal or equitable duty and resulting in damage to another. And includes anything calculated to deceive, whether it be a single act or combination of circumstances, whether the suppression of truth or the suggestion of what is false, whether it be by direct falsehood or by innuendo, by speech or by silence, by word of mouth, or by look or gesture. Fraud, as applied to contracts, is the cause of an error bearing on a material part of the contract, created or continued by artifice, with design to obtain some unjust advantage to the one party, or to cause an inconvenience or loss to the other.

See also Actionable fraud; Badges of fraud; Cheat; Civil fraud; Collusion; Constructive fraud; Criminal (Criminal fraud); Deceit; False pretenses; False representation; Intrinsic fraud; Mail fraud; Material fact; Misrepresentation; Promissory fraud; Reliance; Scheme or artifice to defraud.

661

*Actionable fraud.* See Actionable fraud.

*Actual or constructive fraud.* Fraud is either *actual or constructive*. Actual fraud consists in deceit, artifice, trick, design, some direct and active operation of the mind; it includes cases of the intentional and successful employment of any cunning, deception, or artifice used to circumvent or cheat another. It is something said, done, or omitted by a person with the design of perpetrating what he knows to be a cheat or deception. Constructive fraud consists in any act of commission or omission contrary to legal or equitable duty, trust, or confidence justly reposed, which is contrary to good conscience and operates to the injury of another. Or, as otherwise defined, it is an act, statement or omission which operates as a virtual fraud on an individual, or which, if generally permitted, would be prejudicial to the public welfare, and yet may have been unconnected with any selfish or evil design. Or, constructive frauds are such acts or contracts as, though not originating in any actual evil design or contrivance to perpetrate a positive fraud or injury upon other persons, are yet, by their tendency to deceive or mislead other persons, or to violate private or public confidence, or to impair or injure the public interests, deemed equally reprehensible with actual fraud. Constructive fraud consists in any breach of duty which, without an actually fraudulent intent, gains an advantage to the person in fault, or any one claiming under him, by misleading another to his prejudice, or to the prejudice of any one claiming under him; or, in any such act or omission as the law specially declares to be fraudulent, without respect to actual fraud.

*Extrinsic fraud.* Fraud which is collateral to the issues tried in the case where the judgment is rendered. Type of deceit which may form basis for setting aside a judgment as for example a divorce granted ex parte because the plaintiff-spouse falsely tells the court he or she is ignorant of the whereabouts of the defendant-spouse. Patrick v. Patrick, 245 N.C. 195, 95 S.E.2d 585.

*Fraud in fact or in law.* Fraud is also classified as *fraud in fact* and *fraud in law*. The former is actual, positive, intentional fraud. Fraud disclosed by matters of fact, as distinguished from constructive fraud or fraud in law. Fraud in law is fraud in contemplation of law; fraud implied or inferred by law; fraud made out by construction of law, as distinguished from fraud found by a jury from matter of fact; constructive fraud (q.v.). See also *Fraud in the factum; Legal or positive fraud, below*.

*Fraud in the execution.* Misrepresentation that deceives the other party as to the nature of a document evidencing the contract.

*Fraud in the factum.* Misrepresentation as to the nature of a writing that a person signs with neither knowledge nor reasonable opportunity to obtain knowledge of its character or essential terms. See U.C.C. § 3–305(2)(c). See also *Fraud in fact or in law, above*.

*Fraud in the inducement.* Fraud connected with underlying transaction and not with the nature of the contract or document signed. Misrepresentation as to the

*Exhibit B*