**MANDATE**

# United States Court of Appeals
## For the First Circuit

Nos. 04-1185
     04-1381
     04-1529
     04-1553

FREDERICK W. BAUER,

Petitioner, Appellant,

v.

U.S. DEPARTMENT OF JUSTICE, ET AL.,

Respondents, Appellees.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Lynch, <u>Circuit Judges</u>.

JUDGMENT

Entered: June 29, 2004

   We summarily affirm the district court's March 31, 2004 order denying bail (appeal number 04-1529) and the April 9, 2004 order denying appellant's "Motion for Financial-Assistance of Counsel." (04-1553). As explained in the district court's February 25, 2004 order dismissing appellant's action, the district court lacked jurisdiction over a § 2241 or § 2255 petition, and consequently bail could not properly be sought in the federal district of Massachusetts. Similarly, we summarily affirm so much of the district court's February 25, 2004 order as dismissed appellant's action. (04-1381)

   Appeal 04-1381 may proceed only to the limited extent that appellant may be challenging the determination that he has "three strikes" for purposes of 28 U.S.C. § 1915(g), and this challenge

will be subject to the Prisoner Litigation Reform Act (PLRA). With respect to appellant's request to proceed in forma pauperis on appeal, appellant must first file a financial affidavit in the format prescribed by Form 4 of the Federal Rules of Appellate Procedure (a copy of which will be furnished by the clerk), submit "a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months" in the institutional account, and complete PLRA Forms 1 and 2 (which the clerk will furnish). The affidavit, statement of account, and completed PLRA forms will be due within three weeks of the date of this order. Failure to timely submit will result in dismissal for failure to prosecute. Upon timely receipt of the financial affidavit, statement of account, and PLRA forms, we will determine whether to grant in forma pauperis status.

The requests for counsel and for various forms of injunctive relief are denied.

Case 04-1185 was previously dismissed, and that dismissal stands.

So ordered.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

[signature]
Deputy Clerk

Date: 5/20/04

By the Court:

Richard Cushing Donovan, Clerk.

By: _____**MARK R. SYSKA**_____
Chief Deputy Clerk.

[cc: Frederick W. Bauer, Michael J. Sullivan, USA, Dina Michael Chaitowitz, AUSA ]