*03-12576*
*J. Young*
*USDC - MABo*

# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT**

---

No. 04-1381
DC No.  03-cv-12576

FREDERICK W. BAUER,
Plaintiff, Appellant,

v.

U.S. DEPARTMENT OF JUSTICE, ET AL.,
Defendants, Appellees.

**ORDER OF COURT
ENTERED: February 7, 2005**

    The authorization for appellate filing fees set forth in 28 U.S.C. § 1913 contains no exception for habeas appeals.
    On October 12, 2004, November 3, 2004, and December 20, 2004, you were notified that the Prison Litigation Reform Act (PLRA), enacted on April 26, 1996 requires prisoners appealing from a civil judgment or order to pay the **Clerk of the District Court** the full $255 filing fee required for commencing an appeal. You were informed that if you were unable to prepay this fee, you could apply under 28 U.S.C. § 1915(a) to pay the fee in installments.  You were provided the necessary PLRA forms and instructed to file all of them with this office.
    **You were also informed that failure either to pay the full $255 filing fee or to submit the completed PLRA forms would subject your appeal to dismissal for failure to prosecute.**
    To date, the district court record does not reflect that the payment of the $255 appellate filing fee was made to the **Clerk of the District Court** as required by Local Rule 3(b); nor has this court received any forms for filing.
    Accordingly, this appeal is dismissed pursuant to Fed.R.App.P.3(b) for failure to prosecute.

By the Court:

Richard Cushing Donovan, Clerk

By: MARGARET CARTER
Chief Deputy Clerk

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/8/05

[cc:  Messrs. Bauer, Sullivan, Ms. Chaitowitz]